THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN PETER SETARO, Appellant.— Appeal by defendant from a judgment of the Supreme Court, Queens County, rendered September 28, 1970 on resentence, convicting him of criminally selling a dangerous drug in the second degree and criminal possession of a dangerous drug in the fourth degree, upon a jury verdict, and imposing sentence. Judgment reversed, on the law, and new trial ordererd. The findings of fact have not been considered. In our opinion defendant did not receive a fair trial. The introduction of wholly extraneous matters and the circus atmosphere of the trial require a reversal, notwithstanding the improprieties and incitements by defense counsel (*People* v. *Steinhardt*, 9 N Y 2d 267). The trial court unduly interjected itself into the proceedings,

displayed an antagonistic attitude toward defense counsel, bolstered prosecution witnesses and belittled the contentions of the defense in its charge to the jury (see *People* v. *Askew,* 42 A D 2d 717; *People* v. *Ramsey,* 40 A D 2d 837; *People* v. *Macchio,* 40 A D 2d 836; *People* v. *Sostre,* 37 A D 2d 574). Hopkins, Acting P. J., Martuscello, Latham, Cohalan and Benjamin, JJ., concur.